IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENRIQUE HERNANDEZ, on behalf of themselves and similarly situated employees,<br><br>   Plaintiff,<br><br> v.<br><br>HENIFF TRANSPORTATION SYSTEMS, LLC,<br><br>   Defendant. | Case No. 17-cv-00298<br><br>Judge Robert W. Gettleman |

## JOINT MOTION FOR SETTLEMENT APPROVAL AND TO DISMISS

Plaintiff, Enrique Hernandez, and Defendant, Heniff Transportation Systems, LLC, jointly move for approval of the settlement of the above-referenced matter and to dismiss this action without prejudice, with such dismissal to automatically convert to a dismissal with prejudice 30 days after such filing (in order to allow the parties to carry out the terms of such settlement during such 30-day period). In support of their motion, the parties state as follows:

 1. Plaintiff filed his original Complaint on January 13, 2017, alleging, *inter alia*:

> This lawsuit arises under the Fair Labor Standards Act, 29 U.S.C. §201 et seq. ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1 et seq. ("IMWL"), and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 et seq. ("IWPCA") for Defendants': 1) failure to pay Plaintiff at the least the federally and/or state-mandated minimum wages for all time worked in violation of the FLSA, the IMWL; and 2) failure to compensate Plaintiff for all time worked at the rate agreed to by the Parties in violation of the IWPCA; and 3) failure to compensate Plaintiff and similarly situated employees for all accrued vacation pay upon separation of their employment in violation of the IWPCA; For claims arising under the IWPCA for unpaid vacation, Plaintiff will seek to certify these claims as class actions pursuant to Fed. R. Civ. P. Rule 23(a) and (b).

(Compl., ¶1.)

391917

2.       Plaintiff requested that Defendant waive service of summons pursuant to Federal Rule of Civil Procedure 4(d). Defendant waived service of summons with respect to the original Complaint, resulting in Defendant's responsive pleading to the Complaint originally being due on March 20, 2017.

3.       With Plaintiff's consent, Defendant has obtained additional extensions of time to answer or otherwise plead as the parties have voluntarily shared relevant information while negotiating the terms of a settlement of this action.

4.       After engaging in good-faith, arms-length negotiations, the parties have reached a mutually satisfactory agreement to resolve this matter on an individual basis. A copy of the settlement agreement is attached to this motion as Exhibit A.

5.       This is an action seeking the recovery of wages under the FLSA. As such, the settlement requires Court approval. *See, e.g., Burkholder v. City of Ft. Wayne*, 750 F. Supp. 2d 990, 994-95 (N.D. Ind. 2010).

6.       The parties agree that the terms of the settlement are fair and reasonable.

In consideration of the parties' agreement, and provided the Court approves the settlement, the parties also move to dismiss this action without prejudice, with such dismissal to automatically convert to a dismissal with prejudice 30 days after such filing (in order to allow the parties to carry out the terms of such settlement during such 30-day period).

WHEREFORE, the parties respectfully request that this Court enter an order (1) approving the settlement; and (2) dismissing this action without prejudice, with such dismissal to automatically convert to a dismissal with prejudice 30 days after such filing (in order to allow the parties to carry out the terms of such settlement during such 30-day period).

Dated: June 28, 2017

| | |
|---|---|
| /s/ Alvar Ayala | /s/ William J. Wortel |
| One of the Attorneys for Plaintiff, | One of the Attorneys for Defendant, |
| Enrique Hernandez | Heniff Transportation Systems, LLC |
| | |
| Alvar Ayala | William J. Wortel |
| Christopher J. Williams | Nicole S. Kossove |
| Workers' Law Office, PC | Bryan Cave LLP |
| 53 W. Jackson Boulevard | 161 North Clark Street |
| Suite 701 | Suite 4300 |
| Chicago, IL 60604 | Chicago, IL 60601 |
| (312) 795-9121 (telephone) | (312) 602-5000 (telephone) |
| (312) 929-2207 (facsimile) | (312) 602-5050 (facsimile) |
| aayala@wagetheftlaw.com | bill.wortel@bryancave.com |
| cwilliams@wagetheftlaw.com | nicole.kossove@bryancave.com |

## **CERTIFICATE OF SERVICE**

I, William J. Wortel, an attorney, certify that I caused a true and correct copy of the foregoing *Joint Motion for Settlement Approval and to Dismiss* to be served upon the following individuals via the Court's electronic filing system, on this 28th day of June, 2017:

> Alvar Ayala
> Christopher J. Williams
> Workers' Law Office, P.C.
> 53 W. Jackson Blvd., Suite 701
> Chicago, Illinois 60604
> aayala@wagetheftlaw.com
> cwilliams@wagetheftlaw.com

    /s/ William J. Wortel
William J. Wortel

391917